UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHLEEN ELLIS,

        Plaintiff,

   v.                       NO. CIV. S-05-559 LKK/GGH

HOLLISTER, INC., et al.,

        Defendants.
_____/
BRENDA DIMARO; and HALLIE LAVICK,

        Plaintiffs,

   v.                       NO. CIV. S-05-1726 LKK/GGH

HOLLISTER, INC., et al.,

        Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) ORDER**

Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on January 9, 2006.  SCOTT HUBBARD and DANIEL WILCOXEN appeared as counsel for their respective plaintiff; WILLIAM GOULD, MICHAEL ROCHE and ANDREW BREHM appeared

1

1 as counsel for defendant Hollister, Inc.; JIM ABDUCCI appeared as
2 counsel for the individual defendants and defendant Hollishare.
3 After hearing, the court makes the following findings and orders:
4 **FURTHER STATUS CONFERENCE**
5     A further Status Conference is now SET for March 20, 2006 at
6 3:00 p.m.  The parties are reminded of their obligation to file and
7 serve status reports not later than ten (10) days preceding the
8 conference.
9     IT IS SO ORDERED.
10     DATED:   January 9, 2006.
11                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
12                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT