1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LAW OFFICES OF LYNN HUBBARD
3  12 Williamsburg Lane
   Chico, CA. 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244

5  Attorney for Plaintiff
   BRENDA DIMARO and
6  HALLIE LAVICK

7

8             THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 BRENDA DIMARO; HALLIE          )   CIV.S 05-1726 LKK GGH
12 LAVICK,                        )
                                  )
13     Plaintiffs,                )   **Stipulation to Continue the Status**
                                  )   **Conference and [Proposed] Order**
14     v.                         )   **Thereon**
                                  )
15                                )
   HOLLISTER, et al.,             )   Date:  March 20, 2006
16                                )   Time:  3:00 p.m.
17     Defendant.                 )   Ctrm:  4
                                  )
18                                )
                                  )
19 _____
   KATHLEEN ELLIS,                )
20                                )   CIV.S 05-0559 LKK GGH
                                  )
21     Plaintiff,                 )
                                  )
22                                )
                                  )
23     v.                         )
                                  )
24 HOLLISTER, et al.,             )
                                  )
25                                )
                                  )
26     Defendant.                 )
                                  )
27 _____

28
   **DiMaro, et al. v. Hollister, et al., CIV.S 05-1726 LKK GGH**
   **Ellis v. Hollister, et al., CIV.S 05-0559 LKK GGH**
   **Stipulation to Continue the Status Conference**
                        Page 1

1   It is hereby stipulated by and between the parties and their respective
2   counsel that the date for the status conference be continued to April 24, 2006 at
3   3:30 p.m. with status reports to be filed ten (10) days prior to the status
4   conference.  The parties make this request due to defendants' pending motions
5   to dismiss and motion to transfer venue.  The parties feel it would be counter
6   productive to hold a status conference until this motion is ruled on.

7   Dated: March  6, 2006     LAW OFFICES OF LYNN HUBBARD

8

9                              /s/ Scott Hubbard, Esquire                         /
10                             SCOTTLYNN J HUBBARD, IV
                               Attorney for Plaintiff
11

12  Dated: March 6, 2006     WILKE, FLEURY, HOFFELT, GOULD & BIRNEY

13

14                             /s/ William Gould, Esquire                           /
15                             WILLIAM A. GOULD
                               Attorney for Defendant
16                             HOLLISTER INCORPORATED, SAMUEL
17                             BRILLIANT, JAMES J. McCORMACK, JAMES A.
                               KARLOVSKY, RICHARD T. ZWIRNER,
18                             MICHAEL C. WINN, LORETTA L. STEMPINSKI,
19                             DONNA J. MATSON, ALAN F. HERBERT,
                               HOLLISTER EMPLOYEE SHARE OWNERSHIP
20                             TRUST and THE FIRM OF JOHN DICKINSON
21                             SCHNEIDER, INC.

22

23  Dated: March 6, 2006     PORTER, SCOTT, WEIBER & DELEHANT

24

25                             /s/ Martin Jensen, Esquire                             /
                               MARTIN N. JENSEN
26                             Attorney for Plaintiff
27                             KATHLEEN ELLIS

28

**DiMaro, et al. v. Hollister, et al.**, CIV.S 05-1726 LKK GGH
**Ellis v. Hollister, et al.**, CIV.S 05-0559 LKK GGH
**Stipulation to Continue the Status Conference**

Page 2

Dated: March 6, 2006	WILCOXEN, CALLAHAN, MONTOGOMERY & DEACON


 /s/ Daniel Wilcoxen, Esquire	/
DANIEL E. WILCOXEN
Attorney for Plaintiff
KATHLEEN ELLIS

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the status conference be continued to April 24, 2006 at 3:30 p.m. with status reports to be filed and served ten (10) days prior to the conference.


Dated:  March 8, 2006	/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

**DiMaro, et al. v. Hollister, et al.**, CIV.S 05-1726 LKK GGH
**Ellis v. Hollister, et al.**, CIV.S 05-0559 LKK GGH
**Stipulation to Continue the Status Conference**
Page 3