```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JAMES P. DeFAZIO,

          Plaintiff,

     v.                              NO. CIV. S-04-1358 LKK/GGH

HOLLISTER, INC., Plan
Administrator; et al.,

          Defendants.
                                   /
KATHLEEN ELLIS,

              Plaintiff,

     v.                              NO. CIV. S-05-559 LKK/GGH

HOLLISTER, INC., et al.,

              Defendants.
                                   /
BRENDA DIMARO; and HALLIE LAVICK,

              Plaintiffs,

     v.                              NO. CIV. S-05-1726 LKK/GGH

HOLLISTER, INC., et al.,
                                              O R D E R
              Defendants.
                                   /
                                 1
```

1  On April 24, 2006, a Status Conference was held in the above-captioned cases.  Based on discussions during that conference, the court hereby ORDERS as follows:

2  1.  Within ten (10) days of the Status Conference, the parties shall file briefs not exceeding ten (10) pages proposing how the above-captioned cases should be tried to the court.[1]

3  2.  All dates in <u>DeFazio v. Hollister</u>, No. Civ. S-04-1358, are VACATED.

4  3.  Defendants in <u>Ellis v. Hollister</u>, No. Civ. S-05-559, and <u>Dimaro v. Hollister</u>, No. Civ. S-05-1726, are granted a twenty-one (21) day extension to file their answers.

IT IS SO ORDERED.

DATED:  April 26, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] As noted during the Status Conference, the parties should focus on how each proposal would increase efficiency and convenience for the court.

2