1  WILKE, FLEURY, HOFFELT, GOULD &
   BIRNEY, LLP
2  William A. Gould, Jr., Bar No. 035446
   wgould@wilkefleury.com
3  Daniel L. Baxter, Bar No. 203862
   dbaxter@wilkefleury.com
4  400 Capitol Mall, Twenty-Second Floor
   Sacramento, CA  95814
5
   Telephone:     (916) 441-2430
6  Facsimile:     (916) 442-6664
   E-mail:        wgould@wilkefleury.com
7
   Attorneys for Defendants
8  HOLLISTER, INC. (plan administrator), SAMUEL
   BRILLIANT (plan trustee), JAMES J.
9  McCORMACK (plan trustee), JAMES A.
   KARLOVSKY (plan trustee), RICHARD T.
10 ZWIRNER (plan trustee), MICHAEL C. WINN
   (plan trustee), LORETTA L. STEMPINSKI (plan
11 trustee), DONNA J. MATSON (plan trustee),
   ALAN F. HERBERT (plan trustee), HOLLISTER
12 EMPLOYEE SHARE OWNERSHIP TRUST (the
   EIAP), THE FIRM OF JOHN DICKINSON
13 SCHNEIDER, INC. (de facto fiduciary)

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 KATHLEEN ELLIS,                          Case No.  S-05-559 LKK/GGH

19            Plaintiff,                    **STIPULATION AND ORDER
                                            REGARDING CONTINUANCE OF
20      v.                                  FILING DATES FOR FIRST AMENDED
                                            COMPLAINT**
21 HOLLISTER, INC., et al.,

22            Defendants.

23

24 ///

25 ///

26 ///

27 ///

28 ///

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

1    IT IS HEREBY STIPULATED by and between the parties hereto through their respective

2    counsel that Defendants above named may have up to and including June 30, 2006 within which

3    to file their answer to Plaintiff's complaint.

4

5    DATED:  May _____, 2006                    WILCOXEN, CALLAHAN,
                                                MONTGOMERY & DEACON

6

7                                              BY:/SIGNATURE ON ORIGINAL
                                                   DANIEL E. WILCOXEN, ESQ.
8                                                  ATTORNEYS FOR PLAINTIFFS

9

10   DATED:  May _____, 2006                    PORTER, SCOTT, WEIBERG &
                                                DELEHANT

11

12                                             BY:/SIGNATURE ON ORIGINAL
                                                   MARTIN N. JENSEN, ESQ.
13                                                 ATTORNEYS FOR PLAINTIFFS

14

15   DATED:  May _____, 2006                    WILKE, FLEURY, HOFFELT,
                                                GOULD & BIRNEY, LLP

16

17                                             BY:/SIGNATURE ON ORIGINAL
                                                   WILLIAM A. GOULD, JR., ESQ.
18                                                 ATTORNEYS FOR DEFENDANTS

19

20   IT IS SO ORDERED:

21

22                                             _____

23                                             JUDGE OF THE UNITED STATES
                                               DISTRICT COURT, EASTERN DISTRICT
                                               OF CALIFORNIA
24   223651.1

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
                              - 2 -              STIPULATION AND ORDER S-04-1358
                                                LKK/GGH; S-05-559 LKK/GGH; S-05-1726
                                                LKK/GGH