UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES P. DEFAZIO, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLISTER, INC., et al.,<br><br>　　　　Defendants. | NOS. CIV. 2:04-1358 WBS GGH<br>　　　　　　2:05-0559 WBS GGH<br>　　　　　　2:05-1726 WBS GGH<br>　　　　　　CONSOLIDATED<br><br>ORDER RE: COSTS |

----oo0oo----

After a fifteen-day bench trial, the court found in favor of all defendants on all claims and judgment was entered on April 6, 2012. (Docket Nos. 664, 665.) Plaintiffs appealed and the Ninth Circuit affirmed this court's decision on May 15, 2015. (Docket No. 697.) Pursuant to the Ninth Circuit's mandate, its judgment took effect on June 8, 2015. (Docket No. 698.) On June 22, 2015, defendants filed a Bill of Costs limited to the costs incurred on appeal, which total $15,789.50. (Docket No. 700.)

1

        Plaintiffs' sole objection to defendants' Bill of Costs is that it is untimely under Eastern District Local Rule 292 because it was filed over three years after this court entered judgment.  Local Rule 292's deadline for filling a Bill of Costs "[w]ithin fourteen (14) days after entry of judgment" logically applies only when costs were incurred in the district court prior to entry of judgment.  Here, defendants seek only costs incurred in defending that judgment on appeal and defendants thus had fourteen days after the issuance of the Ninth Circuit's mandate to seek those costs.  See E.D. Local R. 292(b) ("Within fourteen (14) days after entry of judgment <u>or order under which costs may be claimed</u>, the prevailing party may serve on all other parties and file a bill of costs conforming to 28 U.S.C. § 1924.") (emphasis added).  Defendants never sought and do not now seek costs incurred to defend this case in the district court.  Defendants therefore timely filed their Bill of Costs to recover costs incurred on appeal.

        Federal Rule of Appellate Procedure 39 provides that costs are taxed against the appellant if the judgment is affirmed, and the Ninth Circuit mandate taxed costs against plaintiffs in the amount of $499.50.  (Docket No. 698.)  Federal Rule of Appellate Procedure 39(e) also provides that costs for the reporter's transcript and the fee for filling the appeal may be taxed in the district court.  In their Bill of Costs, defendants seek costs only for (1) the reporter's transcripts; (2) the filing fee for the appeal; and (3) the costs taxed by the Ninth Circuit.  After reviewing the bill, and in light of the fact that plaintiffs have objected only to the timeliness of

defendants' request, the court finds the requested appeal costs are reasonable.  Accordingly, costs of $15,789.50 are taxed against plaintiffs.

       IT IS SO ORDERED.

Dated:  August 31, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE